## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| CHENEY, LANA M | § | Case No. 06-09174 SQU |
| | § | |
| Debtor(s) | § | |

### NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF COURT
219 S. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 01/15/2010 in Courtroom 4016,

DuPage Judicial Center
505 N. County Farm Road
Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/09/2009                    By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: § §
CHENEY, LANA M § Case No. 06-09174 SQU
§
Debtor(s) §

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 12,018.49 |
| *and approved disbursements of* | $ | 13.00 |
| *leaving a balance on hand of*[1] | $ | 12,005.49 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: BRENDA PORTER HELMS, TRUSTEE | $ 1,951.85 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) (Page 2)

|   | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Fees:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|   | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,787.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Discover Bank/DFS Services LLC | $ 7,221.37 | $ 2,521.98 |
| 000002 | Chase Bank USA, NA | $ 3,119.20 | $ 1,089.35 |
| 000003 | Capital Recovery II | $ 11,148.65 | $ 3,893.54 |
| 000004 | Jb Robinson | $ 745.15 | $ 260.24 |
| 000005 | American Express Centurion Bank | $ 6,552.91 | $ 2,288.53 |
| 000006 | Department of the Treasury-IRS | $ 0.00 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |

UST Form 101-7-NFR (9/1/2009) (Page: 4)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| ———— | ———————— | $ ——————— | $ ——————— |

$ 0.00 . The amount of surplus returned to the debtor after payment of all claims and interest is

Prepared By: /s/Brenda Porter Helms
Trustee

BRENDA PORTER HELMS, TRUSTEE
3400 W. LAWRENCE AVENUE
CHICAGO, IL 60625

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rmarola              Page 1 of 1                   Date Rcvd: Dec 10, 2009
Case: 06-09174                Form ID: pdf006            Total Noticed: 22

The following entities were noticed by first class mail on Dec 12, 2009.
db          +Lana M Cheney,    988 S Harvard,    Addison, IL 60101-4825
aty         +Thomas Twomey,    Zalutsky & Pinski Ltd,    20 N Clark St.,    Suite 600,    Chicago, IL 60602-4184
tr          +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
              Chicago, IL 60625-5104
10886884     American Express Centurion Bank,    PO Box 3001,    Malvern PA 19355-0701
10844235    +Amex,    P O Box 297871,    Fort Lauderdal, FL 33329-7871
10844236    +Associated Pathology Consultants,    Northwest Collectors,    3601 Algonquin Rd Ste 23,
              Rolling Meadows, IL 60008-3126
10844237    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11852447     Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
10844238    +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
10844240    +Elmhurst Clinic,    Pellettieri,    991 Oak Creek Dr,    Lombard, IL 60148-6408
10844241    +G M A C,    15303 S 94th Ave,    Orland Park, IL 60462-3825
10844242    +Gemb/cd Peacock,    Po Box 276,    Dayton, OH 45401-0276
10844244    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-IRS,    Internal Revenue Service,
              PO Box 21126,    Philadelphia PA 19114)
10844243    +Il Designated,    1755 Lake Cook Rd,    Deerfield, IL 60015-5215
10844246     Wash Mutual/providian,    Po Box 9180,    Pleasanton, CA 94566
10844247    +Wfnnb/expres,    Po Box 330066,    Northglenn, CO 80233-8066
The following entities were noticed by electronic transmission on Dec 10, 2009.
12650168    +E-mail/PDF: rmscedi@recoverycorp.com Dec 11 2009 00:03:11     Capital Recovery II,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10844239     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 10 2009 23:58:44     Discover Fin,    Pob 15316,
              Wilmington, DE 19850
11832089     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 10 2009 23:58:44
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
11856331     E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2009 00:03:10     GE Consumer Finance,
              For GE Money Bank,    dba CD PEACOCK-JA/GEMB,    PO Box 960061,    Orlando FL 32896-0661
10844245    +E-mail/Text: ebnsterling@weltman.com                         Jb Robinson,    375 Ghent Rd,
              Akron, OH 44333-4601
11856093     E-mail/PDF: rmscedi@recoverycorp.com Dec 11 2009 00:03:11
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                                TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2009**               **Signature:**    _Joseph Speetjens_